UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/21
```

    -against-

JASON LLANES,

                 Defendant.
------------------------------------------------------------------x

**ORDER**
17 CR 512 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote proceeding in the above-captioned case on Tuesday, November 9, 2021, at 1:30 p.m.

    Members of the press and public who wish to join the conference may dial 917-933-2166 and enter conference ID 947501820, with their telephones on mute. Consistent with the standing orders of this Court and local rules, no recording or rebroadcasting of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
         November 2, 2021

                                                  _____
                                                        KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE