Case 1:17-cr-00512-KMW   Document 717   Filed 11/05/21   Page 1 of 1



**CARDI & EDGAR** LLP
COUNSELORS AT LAW

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/21

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

November 5, 2021

**Via ECF**

Hon. Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Jason Llanes**, 17-CR-512 (KMW)

Dear Judge Wood:

I am counsel to Jason Llanes. I write, with the consent of the Government and the Probation Department, to request a 30-day adjournment of the November 9, 2021 violation of supervised release hearing. The adjournment will allow the parties to see if there is a disposition in the Bronx court matter that is the subject of the violation.

I thank the Court for its attention to this matter.

*The conference is adjourned to December 9, 2021, at 12:30 p.m.*

Respectfully submitted,

/s/

Dawn M. Cardi

CC: All Parties (via ECF)

SO ORDERED:  N.Y., N.Y.  11/8/21

_____
KIMBA M. WOOD
U.S.D.J.

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com