UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

JASON LLANES,

                              Defendant.
-----------------------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 12/1/21

**ORDER**
17 CR 512 (KMW)

KIMBA M. WOOD, District Judge:

       The Court will hold a remote violation of supervised release conference on Thursday, December 9, 2021, at 12:30 p.m. Member of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 161426712, with their telephones on mute. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

       SO ORDERED.

Dated: New York, New York
       December 1, 2021

                                                  /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE