UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/22
```

    -against-

JASON LLANES,

                Defendant.
-------------------------------------------------------------------x

**ORDER**
17 CR 512 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote proceeding in the above-captioned case on Thursday, January 20, 2022, at 12:00 p.m.

Members of the press and public who wish to join the proceeding should dial 917-933-2166 and enter Access Code 161426712, with their telephones on mute. Consistent with the standing orders of this Court and local rules, no recording or rebroadcasting of the proceeding is permitted.

SO ORDERED.

Dated: New York, New York
       January 11, 2022

                                                  *Kimba M. Wood*
                                                  KIMBA M. WOOD
                                             UNITED STATES DISTRICT JUDGE